JOSIAH A. TRUITT, d. b., *vs.* JOHN S. LECATES, Clerk of School District No. 40, p. b.

NAMES—INITIALS—MIDDLE CHRISTIAN NAME.

Though a person may not sue or be sued by his initials alone, a plaintiff is sufficiently identified by the initial of his first Christian name and the full second Christian name and surname.

(<em>January</em> 14, 1915.)

Judges BOYCE and CONRAD sitting.

*Andrew J. Lynch* for plaintiff in *certiorari*.

*John M. Richardson* for defendant.

Superior Court, Sussex County, adjourned October Term, 1914.

ACTION by J. Stanford Lecates, Clerk of School District No. 40, before a justice of the peace, against Josiah A. Truitt. There was a judgment for plaintiff, and defendant brings certiorari, (No. 12, June Term, 1913), commanding the justice to send up the record of the judgment. The cause of action was stated on the record to be "Action to recover school tax. Demand two dollars and forty cents."

BOYCE, J., delivering the opinion of the court:

The exception relied upon is:

"That the plaintiff in said judgment sued by his initials and not by his full name."

While adhering to former decisions by this court, that a person may not sue or be sued by his initials alone, we think in this case, inasmuch as the Christian name is given as J. Stanford, it sufficiently identifies the plaintiff, and that the judgment below should be affirmed. Besides Lecates sued as Clerk of School District No. 40.

The judgment is affirmed.